AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
OCT 16, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mp___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

United States of America

v.

AARON CARTER,
DIAMOND LUCIOUS,
ISAAC PENALDOZA, and
KAMARIA KENDRICK,

Defendants.

Case No. 8:24-mj-00516 DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 14, 2024 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Robbery |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Ryan McDuffy
Complainant's signature

Ryan McDuffy, Task Force Officer - ATF
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/16/2024

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA:   K. Butler (x6495)

**AFFIDAVIT**

I, Ryan McDuffy, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Detective with the Brea Police Department ("BPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As a TFO with the ATF, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 3051, and I am empowered by law to conduct investigations and make arrests for offenses against the United States.

2. I am currently assigned to the ATF Orange County Violent Crime Task Force ("OCVCTF"). The OCVCTF is comprised of federal and local law enforcement agencies, including, but not limited to, the ATF, Brea Police Department, Santa Ana Police Department, Orange County District Attorney's Office, and Fullerton Police Department. The OCVCTF is responsible for, among other things, investigating violations of federal law involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms and narcotics, burglaries, and violent crimes to include robberies. Prior to this assignment with the ATF, I was a Brea Police Officer and have been employed for approximately nine years. During my tenure as a police officer, as well as an ATF TFO, I have conducted and participated in numerous investigations of

1

criminal activity, including, but not limited to, the possession of firearms by prohibited persons, possession of stolen firearms, robberies, and homicides. Since joining the OCVCTF in August of 2018, I have specialized in investigations of robberies and burglaries, firearms violations, drug trafficking, and gang activity. I have participated in the execution of numerous search and arrest warrants related to these investigations.

## II. **PURPOSE OF AFFIDAVIT**

4. This affidavit is made in support of an arrest warrant and criminal complaint charging Aaron CARTER ("CARTER"), Diamond LUCIOUS ("LUCIOUS"), Isaac PENALDOZA ("PENALDOZA"), and Kamaria KENDRICK ("KENDRICK") with interference with commerce by robbery, in violation of 18 U.S.C. § 1951(a), as well as associated arrest warrants.

5. The facts set forth in this affidavit are based upon my observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, including my review of reports prepared by other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

6. I am the lead ATF TFO assigned to the investigation of a pharmacy store robbery that occurred in Temecula, California.

During the course of the investigation, I obtained and reviewed local police reports related to the robbery, reviewed surveillance footage and from the robbery, conducted surveillance, and discussed them with other involved law enforcement investigators, among other investigative activities.

### III. SUMMARY OF PROBABLE CAUSE

7. On October 14, 2024, an attempted robbery occurred at Apollo Pharmacy,[1] located at 29645 Rancho California Road, Suite 129, Temecula, California, for which CARTER, LUCIOUS, PENALDOZA and KENDRICK were arrested. As set forth below, all four defendants were caught fleeing the attempted robbery. Moreover, the following evidence connects CARTER, LUCIOUS, PENALDOZA, and KENDRICK to the robbery: (1) while under surveillance and prior to the robbery, KENDRICK was observed by ATF wearing a medical mask and hat scouting the Apollo Pharmacy by walking around the pharmacy building while on her phone and then driving around the building several times with CARTER in the vehicle; (2) KENDRICK drove the getaway vehicle with CARTER, LUCIOUS, and PENALDOZA to the Apollo Pharmacy Store to commit the robbery and then attempted to flee from the robbery and from law enforcement

---

[1] Apollo Pharmacy is a prescription drug store that is based in Temecula, California within the Central District of California. The store's inventory consists of prescribed medications sourced from various pharmaceutical manufacturers around the country, and their inventory is federally regulated by the Drug Enforcement Administration. Apollo pharmacy makes and receives interstate shipments of their products in the course of business. Additionally, this retailer uses a credit card processor to facilitate the transfer of funds between U.S. and multinational corporations and banks for purchases made by customers at the store.

driving CARTER, LUCIOUS and PENALDOZA; (3) law enforcement observed CARTER, LUCIOUS, and PENALDOZA leaving the vehicle together and walking into the pharmacy wearing hooded clothing, gloves, and masks while KENDRICK waited in the vehicle, and then running back to the vehicle to flee after attempting to commit the robbery and were taken into custody immediately after; (4) several clothing items, to include face masks, gloves, and hats, worn by CARTER, LUCIOUS, PENALDOZA, and KENDRICK during the attempted robbery were located in their vehicle; (5) CARTER was wearing the clothing he wore during the attempted robbery at the time of his arrest; (6) the handguns used by LUCIOUS and PENALDOZA during the attempted robbery were recovered in or near the vehicle by ATF; and (7) the vehicle used for this attempted robbery was bearing stolen license plates and rented by CARTER.

## IV. **STATEMENT OF PROBABLE CAUSE**

### A. Robberies Under Investigation

8. The ATF has been investigating a series of armed robberies of pharmacy stores across Southern California, occurring no later than August 28, 2024, and after.

9. There is probable cause to believe that the defendants have committed at least four armed takeover-style robberies of pharmacy stores throughout Southern California, including the following incidents that are being investigated and believed to be committed by the same crew:

   a. August 28, 2024 – Delight Pharmacy Robbery, located at 21230 Ventura Boulevard, Woodland Hills, California;

  b. September 13, 2024 – Apollo Pharmacy Robbery, located at 29645 Rancho California Road, Temecula, California;

  c. September 25, 2024 – Mariners Pharmacy Robbery, located at 320 Superior Ave #120, Newport Beach, California; and

  d. September 30, 2024 – Fullerton Express Pharmacy, located at 105 West Bastanchury Road Unit #D, Fullerton, California.

10. During each of the robberies, three male suspects would enter the businesses wearing hooded sweatshirts and face masks. Two of the suspects were always armed with handguns and would force employees to the ground. The third suspect would grab a trash can from inside the business and put the stolen medications inside. The two suspects, armed with handguns, would steal cash from the registers and violently drag employees around the store. In three of the aforementioned incidents, the suspects would arrive and flee in rental vehicles that had stolen license plates.[2]

  B. **Identification of the Blue Nissan Murano**

11. During the investigation and after reviewing related police reports, video surveillance, and license plate reader ("LPR") databases, I discovered that the most recent suspect vehicle being used by this crew appeared to be a blue 2023

---

[2] During the Woodland Hills robbery, which occurred on August 28, 2024, a gray Nissan Altima seen on video as the getaway car but no license plate was identified.

5

Nissan Murano bearing a stolen California license plate 6VFY959[3] ("the Murano"). The actual license plate assigned to the Murano is Washington license plate number CHY0253, which Carter rented on October 1, 2024.

### C. Apollo Pharmacy Store Robbery

12. On the afternoon of October 14, 2024, I, along with investigators of the OCVCTF, conducted surveillance of the Murano. OCVCTF investigators surveilled the Murano in the area of Temecula, California, where OCVCTF personnel discovered the Murano was bearing the stolen California license plate. During this time, I, along with Special Agent ("SA") Ryan Stearman observed KENDRICK sitting in the driver's seat of the Murano with CARTER in the passenger seat while parked in the parking lot of the Apollo Pharmacy.[4] We observed KENDRICK exit the vehicle wearing a surgical mask and baseball hat and walk towards the pharmacy while CARTER (also wearing a surgical mask) remained in the vehicle. After several minutes, KENDRICK returned to the vehicle and then drove away. Throughout the surveillance, KENDRICK would drive the Murano up to various pharmacy stores. OCVCTF personnel observed Kendrick and CARTER exit the Murano at various pharmacies, walk into or around the pharmacy stores, and exit a few seconds later. Later, I observed KENDRICK driving the vehicle with CARTER as a front

---

[3] The license plate was reported stolen on October 14, 2024, to the Los Angeles Sheriff Department and is assigned to a 2012 Chevrolet Equinox.

[4] This was the same pharmacy that was robbed on September 13, 2024.

passenger and LUCIOUS and PENALDOZA as rear passengers. The vehicle exited Interstate 15 at Rancho California Road in Temecula, California, and headed eastbound on Rancho California Road.

13. At approximately 3:00 PM, SA Stearman observed the Murano pull into the Apollo Pharmacy parking lot. The Murano remained parked at the location for approximately one hour. During this time, OCVCTF personnel observed CARTER exit the Murano and walk up to the business several times while wearing a surgical mask. Just after 4:00 PM, TFO Dillan Cazares observed LUCIOUS, PENALDOZA, and CARTER exit the Murano wearing hooded sweatshirts, face masks, gloves and walk towards the Apollo pharmacy. A minute or two later, TFO Cazares advised that all three male subjects were running back to the Murano. OCVCTF personnel activated their unmarked police vehicle's red and blue emergency lights and sirens, converged on the Murano. KENDRICK attempted to evade the law enforcement officers and struck one of the unmarked task force vehicles that had lights and siren activated. While fleeing, the suspect vehicle collided with another task force vehicle and CARTER, LUCIOUS, PENALDOZA, and KENDRICK were arrested.

14. I reviewed the Apollo Pharmacy store surveillance video,[5] which captured the incident. I observed CARTER, LUCIOUS,

---

[5] This surveillance video also includes audio.

and PENALDOZA[6] enter the business and jump over the counter. LUCIOUS was armed with a silver handgun, and PENALDOZA was armed with a black handgun, both brandishing them at employees while yelling at the employees to get on the ground. PENALDOZA and LUCIOUS then grabbed the employees and forced them to the ground. CARTER walked directly to the back towards the safe in the pharmacy, while PENALDOZA forcefully moved an employee at gunpoint towards the safe. LUCIOUS then stood over and held several employees at gunpoint while the employees laid on the ground out of fear. After an employee told the suspects that there was nothing in the safe, all three suspects fled to the awaiting getaway vehicle driven by KENDRICK.

**G. Search of the Murano**

15. On October 14, 2024, the Murano was searched[7] by OCVCTF personnel incident to arrest and to complete an inventory before being towed. During the search of the Murano, three black ski masks, four pairs of gloves, one COVID mask, one blue hat with a Long Beach certified logo (matching the hat worn by LUCIOUS), one brown jacket (matching the jacket worn by PENALDOZA), one

---

[6] CARTER was wearing a grey hooded sweatshirt with a black "Y" logo on the front, blue denim jeans, black gloves, black face mask and white shoes.

LUCIOUS was wearing a dark blue "Champion" hooded sweatshirt, blue denim jeans, black and white Nike shoes, a black face mask, blue billed hat and armed with a silver handgun

PENALDOZA was wearing a brown zip up jacket, black shirt with a white logo, blue denim jeans, white face mask, black and white gloves, black billed hat and black shoes.

[7] Prior to the search, I, as well as other OCVCTF investigators, looked into the vehicle to ensure there were no additional occupants, and noticed several items related to the robbery in plain view.

dark blue "Champion" hooded sweatshirt (matching the sweatshirt worn by LUCIOUS), one spent shell casing, one Dallas Cowboy gator mask, one iPhone with green case, two Washington license plate numbers CHY0253, and a black Smith & Wesson Model Shield, .9mm caliber, pistol bearing serial number JBX2295[8] (matching the firearm wielded by PENALDOZA).

16. During the arrest, OCVCTF personnel immobilized the getaway vehicle as it tried to flee the scene. As the vehicle was being immobilized the Murano flipped upside down. As a result of the vehicle flipping, a Bryco Arms Model Jennings 9, 9mm caliber, pistol bearing serial number 1356189 appeared to dislodge from the vehicle and was located in the dirt a few feet from where the Murano came to rest.

**H.   Criminal Histories**

17. I have reviewed the criminal histories of CARTER, LUCIOUS, and PENALDOZA[9] and the following is a summary of their convictions and status:

   a.   CARTER has lengthy criminal history and was first arrested in 2003 for weapons violations. Since then, CARTER has been multiple felony conviction for the following crimes: robbery; burglary; and felon in possession of a firearm. Additionally, CARTER was arrested in Los Angeles County on September 15, 2024, for felony evasion from police while armed with a pistol. At the end of the pursuit, CARTER barricaded

---

[8] This firearm was reported stolen on December 23, 2023, to the Barstow (CA) Police Department.

[9] KENDRICK has no prior arrests.

himself in the vehicle for over an hour before surrendering to law enforcement.  CARTER was booked into the Los Angeles County jail where he was released on bail after nine days.  The following day, the Newport Beach pharmacy robbery occurred.  Lastly, CARTER is currently on Post Release Community Supervision in California for burglary and separately also on probation in San Bernardino County for burglary.

      b.   LUCIOUS has lengthy criminal history and was recently released from the U.S. Bureau of Prisons in October 2023 after being convicted in the Central District of California federal court for firearms violations.  At the time of this arrest, LUCIUOS is also on parole with the California Department of Corrections and Rehabilitation for assault with a deadly weapon.  LUCIOUS was first arrested in 2014, and has been convicted of the following felonies:  carjacking, assault with a deadly weapon, and firearms offenses.

      c.   PENALDOZA has a lengthy criminal history and was first arrested in 1999.  Since then, PENALDOZA has been convicted for multiple felonies to include: sales of narcotics, felon in possession of a firearm, and participating in a criminal street gang.  PENALDOZA is currently on Post Release Community Service in California for felon in possession of a firearm.

## V. CONCLUSION

24. For all the reasons described above, there is probable cause to believe that CARTER, LUCIOUS, PENALDOZA, and KENDRICK have violated 18 U.S.C. § 1951(a), interference with commerce by robbery.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  16  day of October, 2024.


　　　　 /s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE